Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA ZOZULA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SURVEY SAMPLING INTERNATIONAL, LLC, and DOES 1 through 10, inclusive, and each of them Defendant. | Case No. 3:18-cv-04667-SK <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 7th Day of August, 2018.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on August 7 2018, with:

United States District Court CM/ECF system

Notification sent electronically on August 7 2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman

  Todd M. Friedman